No. 4912.

(Court of Appeal, Parish of Orleans.)

**GEORGE R. STRICKLE vs. WILLIAM MASURY.**

**(In Re Opposition of Joseph and Dryden Williams.)**

C. F. Fletchinger for plaintiff and appellee.

A. J. Rossi for defendant and appellant.

ST. PAUL, J.—Defendant conducted a moving-picture show, and was seized for rent; among the things seized being two films belonging to opponents. These had been leased to defendant for a period of one night, oppo-

nents being in the habit of supplying defendant with films to be used in the conduct of his business, the films being changed daily.

The question presented is whether, under the circumstances, the films were in the leased premises only "transiently" within the meaning of **Civil Code, Art.** 2708, so as not to be subject to the lessor's privilege.

The Court is of opinion that the provisions of that article have no application where the things found in a business establishment have been placed there for the use of the lessee himself, in the regular conduct of his business. To just such things does the lessor look for payment of his rent.

> **Twitty vs. Clark, 14 An. 503; Goodrich vs. Bodley, 35 An. 525.**

It is, therefore, ordered that the judgment appealed from be affirmed.

Judgment affirmed.